Name: Tamisha Lewis-Junge
Mailing address: 3748 Aldren Circle
City, State, Zip: Anchorage, AK 99517
Telephone: 907-615-0060

FILED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

Tamisha Lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Matsu Regional Hospital,
Alaska State Trooper,
U.S Air Force,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-213-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tamisha Lewis-Junge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage, AK 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Matsu Regional Hospital** is a citizen of
_AK_ (state), and is employed as a **Hospital** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Alaska State Trooper** is a citizen of
_AK_ (state), and is employed as a **Officers** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **U.S Air Force** is a citizen of
_AK_ (state), and is employed as a **Officer** (defendant's government position/title).

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2015-2025** (Date), my civil right to **not to be kidnapped and blamed wrongfully of being sick** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by **Matsu Regional hospatal** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was kidnapped by someone using technology they checked out from them military base, to cause delusional things to others.

I was brought here and blamed of having technology, but I was really brought here so someone could frame me at this hospatal of being mentally ill while they showed me disturbing images both technology nano, used deep fake audio equirment to say delusional things by lying about being on a investagation.

Because wants to be related, wants ransom and belongs, then wants wedding with self or friend. So could remain impersonating me illeglly for no probeabl. cause.

Claim 2: On or about __2016__ (Date), my civil right to __not to be brought to a mental health facility__ (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by __Alaska State Trooper__ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I was kidnapped by someone using technology to lye about being on a investagation.

They hid in my house using camoflage technology to cause delusional things for money, belongs, food, weddings, sexual harrasment, and a place to stay.

They cause things then gets mad when reported. Then cause things with people they put around me, so they can falsely imprision me for not doing what it wants, buying what it wants, or saying what it wants.

Yes the people they put around me will cause harm to themselves for money and communication.

Claim 3: On or about **2015** (Date), my civil right to **not to be framed with technology** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **U.S Air Force** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was stalked by someone on a investagtion using technology illegally brought to a mental health hospatal for the mentally ill.

They first kidnapped my daughter on a national footage data base. After trying to kill her and planning her out. Then wrongfully said with technology person claims baby I just had is not mine.

Then took me to matsu, to constally flash weird distrubing images in my eyes. Also sexually harrass me there to be his wife. I said "no" to him and friend before.

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha Lewis-Jonape

Defendant(s): Matsue Regional Hospital

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha Lewis-Jonape

Defendant(s): Judge Wheels

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: _____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 8,000,000

2. Punitive damages in the amount of $ 8,000,000

3. An order requiring defendant(s) to Get rid of fake paperwork

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage AK on 9/15/2025
(Location)                                 (Date)

_____
(Plaintiff's Original Signature)

_____     _____
Original Signature of Attorney (if any)              (Date)

_____
_____
_____
Attorney's Address and Telephone Number